JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

JOSHUA DALKE, ) No. ED CV 15-00323-PSG (DFM)
        Petitioner, )
        v. ) JUDGMENT
UNKNOWN, )
        Respondent. )

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that that the petition is summarily dismissed.

Dated: 3/18/18

PHILIP S. GUTIERREZ
United States District Judge